MARY G. LANIGAN, Respondent, *v.* MARGARET A. DELANEY, Appellant, and JOHN M. DELANEY, Individually and as Administrator of the Estate of JOHN J. DELANEY, Deceased, Respondent, Impleaded with Another.

(Submitted May 28, 1929; decided June 11, 1929.)

*Frederic G. Rita* for appellant.

*Francis J. Kuerzi* for plaintiff-respondent.

*Harry Edwards* for defendant-respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.